UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

Paul Hansmeier,

        Plaintiff,

v.

David MacLaughlin; Benjamin Langer; Anders Folk; and Portland Corporate Center, LLC,

        Defendants.

**NOTICE OF REMOVAL OF A CIVIL ACTION TO FEDERAL COURT**

    Federal Defendants David MacLaughlin, Benjamin Langner, and W. Anders Folk, by and through their attorneys W. Anders Folk, Acting United States Attorney for the State and District of Minnesota, and Kristen E. Rau, Assistant United States Attorney, hereby give notice to Plaintiff Paul Hansmeier and to the state court as follows:

    1.    David MacLaughlin, Benjamin Langner, and W. Anders Folk, to the extent they are sued in their official capacities, are the Federal Defendants in a civil action now pending in the Fourth Judicial District, Hennepin County District Court, entitled <u>Paul Hansmeier v. David MacLaughlin, et al.</u>, and trial has not been had therein.

1

2. That the above-entitled action was commenced against the Federal Defendants via delivery of a copy of the Summons and Complaint on the U.S. Attorney's Office in Minneapolis, Minnesota on or about April 7, 2021. Copies of all process and pleadings (Summons and Complaint) received by the Defendants are attached hereto and incorporated herein as Exhibit 1.

3. This notice of removal is filed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. Said action seeks a determination that the Federal Defendants, acting in their official capacity and under the color of federal law, violated the Plaintiff's rights under the United States Constitution.

WHEREFORE, notice is hereby given that the said action is removed from the state court into this court for trial or such other determination as this court may make regarding the action in accordance with its jurisdictional limits under 28 U.S.C. §§ 1441, 1442 and 1446 and Fed. R. Civ. P. 81(c).

Respectfully submitted,

Dated: May 6, 2021

W. ANDERS FOLK
Acting United States Attorney

*s/ Kristen E. Rau*

BY: KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 759-3180

*Attorneys for the Federal Defendants*

      Kristen E. Rau, declares under penalty of perjury as provided by 28 U.S.C. §1746, that she is an Assistant United States Attorney for the District of Minnesota and represents the Federal Defendants named herein in their official capacities; that she has read the foregoing notice and knows the contents thereof; that the same is true of her own knowledge, except as to any matters stated therein on information and belief and as to those matters she believes them to be true.

                                               <u>*s/ Kristen E. Rau*</u>
                                               KRISTEN E.RAU
                                               Assistant U.S. Attorney