UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-2155 (JRT/LIB)
Civil No. 20-CV-2156 (JRT/LIB)
Civil No. 20-CV-748 (JRT/LIB)

IN RE: HANSMEIER V. MCLAUGHLIN, ET AL., LITIGATION

PAUL HANSMEIER,

                       Plaintiff,

    v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
LOOKER'S GENTLEMEN'S CLUB, LLC,

                  Defendants.

*AND*

PAUL HANSMEIER,

                       Plaintiff,

    v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
JOHN DOE,

                  Defendants.

*AND*

PAUL HANSMEIER,

                       Plaintiff,

    v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
DI MA CORPORATION,

                  Defendants.

**FEDERAL DEFENDANTS'
MOTION FOR FILING
RESTRICTION**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1167 (JRT/LIB)

PAUL HANSMEIER,

                    Plaintiff,

        v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
PORTLAND CORPORATE CENTER, LLC,

                    Defendants.

**FEDERAL DEFENDANTS'
MOTION FOR FILING
RESTRICTION**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-1426 (___/___)

PAUL HANSMEIER,

                    Plaintiff,

        v.

DAVID MACLAUGHLIN, BENJAMIN
LANGNER, ANDERS FOLK; and
ASHTON PANKONIN,

                    Defendants.

**FEDERAL DEFENDANTS'
MOTION FOR FILING
RESTRICTION**

Defendants David MacLaughlin, Benjamin Langner, and W. Anders Folk ("Federal Defendants"), sued in their official capacities, by and through the undersigned counsel, hereby move this Court for a filing restriction on Paul Hansmeier, the *pro se* plaintiff in the above-captioned matters, for the reasons set forth in the accompanying memorandum of law, Doc. 23.

Dated:   June 17, 2021

W. ANDERS FOLK
Acting United States Attorney

*s/ Kristen E. Rau*

BY:  KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No.   0397907
600 U.S. Courthouse, 300 S. Fourth St.
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov, (612) 759-3180