# UNITED STATES DISTRICT COURT
## District of Minnesota

Paul Hansmeier,

                Plaintiff,

v.

David MacLaughlin, Anders Folk,
Portland Corporate Center, LLC,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-1167 JRT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Federal Defendants' Motion to Dismiss [Docket No. 42] is **GRANTED** and Hansmeier's Complaint is **DISMISSED WITH PREJUDICE** as to the Federal Defendants;

2. Hansmeier's Complaint is **DISMISSED WITHOUT PREJDUDICE** as to Defendant Portland Corporate Center, LLC for failure to effectuate service pursuant to Federal Rule of Civil Procedure Rule 4;

3. Federal Defendants' Request for Filing Restrictions [Docket No. 22] is **GRANTED** as follows:

    a. Hansmeier is prohibited from filing any new lawsuits and any pleadings or other papers in the District of Minnesota concerning any copyright infringement action or private enforcement action under the ADA against the U.S. Attorney General, former Acting U.S. Attorney Folk, any future United States Attorney for the District of Minnesota, Assistant U.S. Attorney MacLaughlin, former U.S. Attorney Luger, or the U.S. Attorney's Office for the District of Minnesota unless he

       obtains prior written approval from the Chief Judge of the District of Minnesota.

4. The Federal Defendants' Motion to Consolidate Cases [Docket No. 3], Plaintiff's Motion to Strike Pleading 24 [Docket No. 35], and Plaintiff's Motion to Extend Time for Service [Docket No. 56] are **DENIED AS MOOT**.

5. The Court will lift the stay in ECF 21-748; ECF 21- 1426; ECF 21-1537; ECF 21-1538; ECF 21-1539; ECF 21-1540; ECF 21-1542; ECF 21-1543; ECF 21-1547; ECF 21-1550; ECF 21-1551; ECF 21-1552; and ECF 21-1553. Each of these matters are **DISMISSED WITH PREJUDICE**.

6. All pending motions in these cases are **DENIED AS MOOT**.

Date: 3/14/2022                                                                KATE M. FOGARTY, CLERK